IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BERNARD BATTLE, : No. 1:23-CV-0289
    Petitioner :
: (Judge Munley)
v. :
:
FERNANDO GARZA,[1] :
    Respondent :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Bernard Battle's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 12/4/23

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

---

[1] Battle named "D. Christensen" as Respondent in this case. However, Battle is currently confined at USP Canaan, so the appropriate respondent is the warden of that institution, Fernando Garza. (See Doc. 10 at 1 n.1); 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004); see also 28 U.S.C. § 2254 Rule 2(a). The Court will therefore substitute the appropriate respondent in this matter. See FED. R. CIV. P. 25(d).